United States District Court for the Southern District of New York

Valerie Flores,
Plaintiff

V

Jason Gonzalez

Defendants

Case 23 cv 4490

Motion to Seal Case Caption and the entirety of the case to include all documents and to remove my case from any legal website and removal from search engines such as Google, Bing, etc..

Valerie Flores, plaintiff, petitions the court to seal case caption and the entirety of the case to include all documents and to remove my case from any legal website and removal from search engines such as Google, Bing, etc.. effective immediately if possible for various job related reasons and other factors.

Dated: 4/25/25

/s/ VF

Plaintiff:

Valerie Flores
PO Box 1110 ACP 5749
Albany, NY 12201





Flores
PO Box 1110 ACP 57419
Albany, NY 12201
MILWAUKEE WI 530
29 APR 2025 PM 2 L
FOREVER
FOREVER
RECEIVED
MAY 2 - 2025
CLERK'S OFFICE
S.D.N.Y.
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007
Pro se
RECEIVED
MAY 06 2025
PRO SE OFFICE
SDNY
10007-133099